James KELLERMAN, Appellant,

v.

PLAZA MOTOR COMPANY, and Treasurer of Missouri as Custodian of Second Injury Fund, Respondents.

No. ED 99888.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 26, 2013.

Kevin D. Wayman, Saint Louis, MO, for appellant.

Jared R. Cone, Jr., Saint Louis, MO, for respondents.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

James Kellerman ("Claimant") appeals the decision of the Labor and Industrial Relations Commission affirming and adopting the decision of the Administrative Law Judge ("ALJ") awarding Claimant permanent partial disability benefits, denying Claimant permanent total disability benefits, and denying Claimant past medical expenses. We find that the Commission's decision is supported by sufficient competent and substantial evidence. We also find that the Commission did not err in denying Claimant past medical expenses.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The decision of the Commission is affirmed under Rule 84.16(b).